IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2633 NAPOLEON LIMITED PARTNERSHIP | * | CIVIL ACTION NO. |
| and MAINLAND DEVELOPMENT, LLC, | * | |
| THE GENERAL PARTNER AND MANAGER | * | 06-5046 |
| OF 2633 NAPOLEON | * | |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | SECTION " K, Mag. 2" |
| | * | |
| FIDELITY NATIONAL PROPERTY & | * | |
| CASUALTY COMPANY | * | |
| Defendant. | * | |
| | * | |

---

**ORDER ON EXPARTE MOTION TO DISMISS WITHOUT PREJUDICE**

Considering the foregoing motion,

**IT IS ORDERED** that this matter be and is hereby dismissed without prejudice.

Signed in New Orleans, Louisiana, this ___2nd___ day of July, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

G:\Bill\Clients\M\Mainland\2633 Napoleon Blvd\Pleadings\Order to Motion to Dismiss Without Prejudice_70108.wpd